**COLLINS v. BECK**

[340 N.C. 255 (1995)]

SHERRY BAXTER COLLINS AND EDWARD ABSHIRE COLLINS v. AARON (NMN) BECK

No. 409A94

(Filed 5 May 1995)

Appeal by plaintiffs pursuant to N.C.G.S.6 § 7A-30(2) from a divided panel of the Court of Appeals, 116 N.C. App. 128, 446 S.E.2d 610 (1994), affirming a judgment entered by Hairston, J., on 26 January 1993 in Superior Court, Davidson County. Heard in the Supreme Court 12 April 1995.

*Barnes, Grimes & Bunce, by Linwood Bunce, for plaintiff-appellants.*

*Brinkley, Walser, McGirt, Miller, Smith & Coles, by Stephen W. Coles, for defendant-appellee.*

PER CURIAM.

AFFIRMED.

Justice ORR did not participate in the consideration or decision of this case.